WILLIAM BROISTEDT *v.* HENRY BRESLIN, WILLIAM R. POTTS, Moving Judgment creditor, Appellant.

*B. F. Edsall* for appellant.

*Albert G. McDonald* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Petition of JACOB LORILLARD, Respondent, *v.* HORACE BARNARD, an Attorney, etc., Appellant.

(Argued May 3, 1887; decided May 13, 1887.)

*Horace Barnard,* appellant, in person.

*R. L. Sweezy* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.